**Doyle WILLIS, Petitioner,**

v.

**CITY OF FORT WORTH et al., Respondents.**

No. A–10259.

Supreme Court of Texas.

July 8, 1964.

See also (Tex.Civ.App.) 380 S.W.2d 814.

Fannin & Fannin, Kenneth Spell, Fort Worth, for petitioner.

S. G. Johndroe, Jr., City Atty., Fort Worth, for respondents.

PER CURIAM.

This case may reach this Court by writ of error. Final disposition of the case will not necessarily be expedited but may be materially delayed by accepting the case on certified questions. We therefore exercise the discretion conferred by Rule 461, Ver-non's Ann.Civ.St. and decline to answer the certified questions.

The certificate is dismissed and the record is ordered returned to the Court of Civil Appeals for further consideration and disposition.